December 01, 2006

Ms. Barbara E. Rosenberg
Assistant City Attorney
1500 Marilla Street, Room 7B North
Dallas, TX 75201
Mr. Gary Johnson
Foreman, Boudreaux, Smith & Johnson
Walnut Glen Tower, Suite 1190
8144 Walnut Hill Lane, L. B. 62
Dallas, TX 75231

RE: Case Number: 05-0787
 Court of Appeals Number: 05-04-01174-CV
 Trial Court Number: 03-03259-F

Style: CITY OF DALLAS
 v.
 MARGARET THOMPSON

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Jim |
| |Hamlin |
| |Ms. Lisa Matz|